**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **KRISTA MITCHELL** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO.** |
| | § | **3:26-cv-03091-K** |
| **WALMART INC. and WAL-MART** | § | |
| **STORES TEXAS, LLC** | § | |

---

## NOTICE OF SETTLEMENT

---

Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC file this Notice of Settlement to advise the Court that the Parties have reached a final settlement of this matter and intend to file dismissal papers shortly.

Dated: September 30, 2026.

**Respectfully submitted,**

By: */s/ Stacy Hoffman Bruce*
**STACY HOFFMAN BRUCE**
Texas Bar No. 24036793
sbruce@cobbmartinez.com
**BESSIE BRONSTEIN**
State Bar No. 24118304
bbronstein@cobbmartinez.com

**COBB MARTINEZ WOODWARD PLLC**
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
214) 220-5210 – Telephone
214) 220-5299 – Fax
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this notice as service of this document by electronic means.

Marshay Iwu
**IWU & ASSOCIATES**
P.O. Box 851553
Mesquite, TX 75185-1553
marshayiwu@lawyersdemandingjustice.com

*/s/ Stacy Hoffman Bruce*
**STACY HOFFMAN BRUCE**